# MILMAN LABUDA LAW GROUP PLLC
**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NEW YORK 11042**

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

Author: Matthew A. Brown – Partner
Direct E-Mail Address: matt@mllaborlaw.com
Direct Dial: (516) 303-1366

<u>**Via ECF**</u>

January 12, 2021

Hon. Valerie Caproni, U.S.D.J.
United States District Court Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square , Room 240
New York, NY 10007

   Re: <u>Morales v. Lombardi's Pizza Inc. et al.</u>
     <u>SDNY Case No.: 20-cv-06873 (VEC) </u>

Dear Judge Caproni:

  This firm represents the Defendants in the above-referenced matter. This letter shall serve as Defendants' notice to the Court that they do not oppose Plaintiffs' Motion for Leave to Amend the Complaint.

           Respectfully submitted,

           <u>/s/ Matthew A. Brown</u>

cc: All Counsel of Record (via ECF)